**No. 10-10321. Melvin Joseph Simmons, Petitioner v. Anthony A. Lamarque, Warden, et al.**

565 U.S. 802, 132 S. Ct. 371, 181 L. Ed. 2d 3, 2011 U.S. LEXIS 6929.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 412 Fed. Appx. 958.

**No. 10-10325. Howard Ellis, Petitioner v. Nevada.**

565 U.S. 803, 132 S. Ct. 371, 181 L. Ed. 2d 3, 2011 U.S. LEXIS 6968.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8.

Same case below, 127 Nev. 1132, 373 P.3d 912.

**No. 10-10476. Abdul-Aziz Rashid Muhammad, Petitioner v. United States.**

565 U.S. 803, 132 S. Ct. 372, 181 L. Ed. 2d 3, 2011 U.S. LEXIS 6772.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8.

**No. 10-10493. Dale Maisano, Petitioner v. John Wohler, et al.**

565 U.S. 803, 132 S. Ct. 372, 181 L. Ed. 2d 3, 2011 U.S. LEXIS 7120.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certioraris dismissed. See Rule 39.8.

**No. 10-10546. Wardell Moore, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 803, 132 S. Ct. 372, 181 L. Ed. 2d 3, 2011 U.S. LEXIS 7094.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-10591. Tyrrall Farrow Cannon, Petitioner v. California.**

565 U.S. 803, 132 S. Ct. 373, 181 L. Ed. 2d 3, 2011 U.S. LEXIS 7070.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari dismissed. See Rule 39.8.